UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD, et al., )
)
      PETITIONERS ) Civil Action No. 1:21-cv-465 (BAH)
vs. )
)
YOGANANDA D. PITTMAN, et al., )
)
      RESPONDENTS )
)

### AFFIDAVIT OF SERVICE

I, _Joseph D. Koniowsky_ state as follows:

1. I am at least 18 years of age or older and not a party to this lawsuit.

2. My business address is _37 Adams st NW Washington DC 20001_.

3. I hand-delivered a copy of the summons, petition for a writ of mandamus, magistrate consent forms, corporate disclosure statement and standing order in the above-captioned case to _Chrystal Gonnella_, an agent designated to receive service of process on behalf of the United States Attorney's Office for the District of Columbia. I personally served the agent at approximately _9:36_ a.m./p.m. on February 25, 2021 at 501 3rd St. NW.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _2/25/21_