UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD, et al.,            )
                                  )
            PETITIONERS           )   Civil Action No. 1:21-cv-465 (BAH)
      vs.                         )
                                  )
YOGANANDA D. PITTMAN, *et al.*,   )
                                  )
            RESPONDENTS            )
                                  )

## AFFIDAVIT OF SERVICE

I, Jeffrey Light, state as follows:

1. I am at least 18 years of age or older and not a party to this lawsuit.

2. My business address is 1712 Eye St., NW, Suite 915, Washington, DC 20006.

3. Respondent Michael Bolton consented to receive service of process by email to his agent Phillip Ropella at Phillip.Ropella@uscp.gov

4. I emailed a copy of the summons, petition for a writ of mandamus, magistrate consent forms, corporate disclosure statement and standing order in the above-captioned case to Phillip Ropella, an agent designated to receive service of process on behalf of Michael Bolton. I emailed the agent at approximately 10:36 a.m. on March 2, 2021 at Phillip.Ropella@uscp.gov.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: March 2, 2021

_____
Jeffrey Light