UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br>6824 Lexington Avenue<br>Los Angeles, CA 90038, | )<br>)<br>)    Civil Action No. 1:21-cv-465 (BAH)<br>) |
| and | )<br>) |
| BUZZFEED, INC.,<br>111 E. 18th St.<br>New York, NY 10003, | )<br>)<br>)<br>) |
| PLAINTIFFS<br>vs. | )<br>)<br>) |
| YOGANANDA D. PITTMAN,<br>Acting Chief,<br>United States Capitol Police,<br>119 D St., N.E.<br>Washington, DC 20510, | )<br>)<br>)<br>)<br>) |
| and | )<br>) |
| MICHAEL BOLTON,<br>Inspector General of the<br>United States Capitol Police,<br>119 D St., N.E.<br>Washington, DC 20510, | )<br>)<br>)<br>)<br>) |
| DEFENDANTS | )<br>)<br>)<br>) |

## FIRST AMENDED COMPLAINT

### STATEMENT OF FACTS

1.  Plaintiff Jason Leopold is a Senior Investigative Reporter for BuzzFeed News covering a wide range of issues. Plaintiff BuzzFeed, Inc. (BuzzFeed) is a digital media company with a news and entertainment network that reaches hundreds of millions of people globally. Mr. Leopold seeks

records he intends to use in writing one or more news stories for his employer regarding the United States Capitol Police (USCP).

2.  The Capitol Police is headed by a Chief who is appointed by, and serves at the pleasure of, the Capitol Police Board (CPB). 2 U.S.C. § 1901. Defendant Yogananda Pittman is the Acting Chief of the USCP.

3.  Within the USCP, there is an Office of the Inspector General which is headed by the Inspector General of the United States Capitol Police. 2 U.S.C. § 1909(a). Defendant Michael Bolton is the Inspector General of the United States Capitol Police.

4.  On January 28, 2021, Mr. Leopold sent identical letters to the USCP's Public Information Office (PIO) and the Office of the Inspector General (OIG) requesting access to: Inspector General semiannual reports for 2015 forward; other Inspector General reports, including audits for 2008 forward; annual financial statements and audits of annual financial statements for 2015 forward; semiannual reports of disbursements for 2015 forward; USCP written directives in effect on January 6, 2021; and demonstration permits, denials, or other written memorials of final decisions relating to permits for public gatherings on the Capitol grounds for January 6, 2021.

5.  Mr. Leopold received an email dated February 11, 2021 from James Joyce, counsel for the U.S. Capitol Police, which stated Mr. Leopold may contact OIG regarding the first three parts of his request; that Mr. Leopold could obtain the Statements of Disbursements by requesting them from the House Legislative Resource Center; that USCP directives are not public records and will not be provided; and that USCP Special Events permits do not include public records and will not be provided.

6.  On information and belief, one or more individuals or groups applied for permits to demonstrate on the Capitol Grounds on January 6, 2021.

## JURISDICTION

7.  Jurisdiction is based on 28 U.S.C. § 1361.

**COUNT I:**
**VIOLATION OF THE COMMON LAW RIGHT OF ACCESS**

8.   Despite having a legal obligation to do so under the common law, Defendants have failed to produce the Inspector General semiannual reports for 2015 forward; other Inspector General reports, including audits for 2008 forward; annual financial statements and audits of annual financial statements for 2015 forward; USCP written directives in effect on January 6, 2021; and demonstration permits, denials, or other written memorials of final decisions relating to permits for public gatherings on the Capitol grounds for January 6, 2021.

**COUNT II:**
**VIOLATION OF 2 U.S.C. § 1909(c)(2)**

9.   Pursuant to 2 U.S.C. § 1909(c)(2), the USCP "Inspector General shall prepare and submit semiannual reports summarizing the activities of the Office in the same manner, and in accordance with the same deadlines, terms, and conditions, as an Inspector General of an establishment under section 5 (other than subsection (a)(13) thereof) of the Inspector General Act of 1978, (5 U.S.C. App. 5)."

10. Section 5(c) of the Inspector General Act of 1978, in turn, provides that "[w]ithin sixty days of the transmission of the semiannual reports of each Inspector General to the Congress, the head of each establishment shall make copies of such report available to the public upon request and at a reasonable cost."

11. Defendants have failed to make copies of the semiannual reports available to Plaintiffs upon request.

**COUNT III:**
**VIOLATION OF 2 U.S.C. § 1909(c)(1)**

12. Pursuant to 2 U.S.C. § 1909(c)(1), the USCP "Inspector General shall carry out the same duties and responsibilities with respect to the United States Capitol Police as an Inspector General of

an establishment carries out with respect to an establishment under section 4 of the Inspector General Act of 1978, (5 U.S.C. App. 4), under the same terms and conditions which apply under such section."

13. Under § 4(e)(1) of the IG Act, "whenever an Inspector General issues a recommendation for corrective action to the agency, the Inspector General . . . (C) not later than 3 days after the recommendation for corrective action is submitted in final form to the head of the establishment, [shall] post the document making a recommendation for corrective action on the website of the Office of Inspector General."

14. Defendants have failed to post to the website of the Office of Inspector General all documents making a recommendation for corrective action.

15. Under § 8M(b)(1)(A) of the IG Act, "any audit report, inspection report, or evaluation report (or portion of any such report)" must be posted to the IG's website within three days after it is submitted in final form to the head of the Federal agency.

16. Defendants have failed to post to the Inspector General's website all audit reports, inspection reports, and evaluation reports (or portion of any such reports).

17. The Inspector General's website contains only four audits, which are Peer Review Reports from 2019, 2016, 2013, and 2010.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

(1) Declare Defendants' conduct to be unlawful;

(2) Order Defendants to produce to Plaintiffs the Inspector General semiannual reports for 2015 forward; other Inspector General reports, including audits for 2008 forward; annual financial statements and audits of annual financial statements for 2015 forward; USCP written directives in effect on January 6, 2021; and demonstration permits, denials, or other

written memorials of final decisions relating to permits for public gatherings on the Capitol

grounds for January 6, 2021;

(3)  Order Defendants to post to the website of the Office of Inspector General and to produce to

Plaintiffs all documents making a recommendation for corrective action;

(4) Order Defendants to post to the Inspector General's website and produce to Plaintiffs all

audit reports, inspection reports, and evaluation reports (or portion of any such reports),

except for the four audits already on the website; and

(5) Award Plaintiffs such other and further relief as the Court deems appropriate.

Respectfully Submitted,

__/s/ Jeffrey Light_____
 Jeffrey L. Light
 D.C. Bar #485360
 1712 Eye St., NW
 Suite 915
 Washington, DC 20006
 (202)277-6213
 Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*