UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.*, | ) |
|             PLAINTIFFS | ) Civil Action No. 1:21-cv-465 (BAH) |
| vs. | ) |
| YOGANANDA D. PITTMAN, *et al.*, | ) |
|             DEFENDANTS | ) |

## **JOINT STATUS REPORT**

On June 7, 2021, the parties conferred as to how they believe the case should proceed. This Joint Status Report is being submitted to advise the Court as to the parties' planned next steps.

It is the parties' understanding that pursuant to the Court's Standing Order, a Meet and Confer Statement should be filed within 30 days of the filing of an Answer. Defendants filed their Answer on May 24, 2021. Thirty days from the filing of the Answer would be June 23, 2021. Accordingly, the parties plan to submit a Meet and Confer Report by June 23, 2021.

The parties have already begun to confer regarding the issues to be set forth in the Meet and Confer Report and expect to continue conferring between now and June 23, 2021.

Respectfully Submitted,

| | |
|---|---|
| */s/ Jeffrey Light* | BRIAN M. BOYNTON |
| Jeffrey L. Light | Acting Assistant Attorney General |
| D.C. Bar #485360 | |
| 1712 Eye St., NW | JOHN R. GRIFFITHS |
| Suite 915 | Director |
| Washington, DC 20006 | Federal Programs Branch |
| (202)277-6213 | |
| Jeffrey@LawOfficeOfJeffreyLight.com | MARCIA BERMAN |
| | Assistant Director |
| *Counsel for Plaintiffs* | Federal Programs Branch |
| | |
| | */s/ M. Andrew Zee* |
| | Attorney |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 450 Golden Gate Ave. |
| | San Francisco, CA 94102 |
| | Tel: (415) 436-6646 |
| | Fax: (415) 436-6632 |
| | Email: m.andrew.zee@usdoj.gov |
| | |
| | *Counsel for Defendants* |