## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD; BUZZFEED, INC.,

       Plaintiffs,

  v.

YOGANANDA D. PITTMAN, in her official
capacity as Acting Chief, U.S. Capitol Police;
MICHAEL BOLTON, in his official capacity as
Inspector General of the U.S. Capitol Police,

      Defendants.

Case No. 1:21-cv-00465-BAH

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Meet and Confer Report and the summary judgment briefing schedule proposed in that Report, it is hereby

**ORDERED** that the following schedule shall govern further proceedings in this case:

- September 16, 2021: Defendants file motion for summary judgment.

- October 14, 2021: Plaintiffs respond to Defendants' motion and file any cross-motion for summary judgment.

- November 14, 2021: Defendants respond to Plaintiffs' motion and file reply in support of Defendants' motion.

- December 6, 2021: Plaintiffs file reply in support of Plaintiffs' motion.

**IT IS SO ORDERED**.

Dated:  June __, 2021

                                          _____
                                          Beryl A. Howell
                                          United States District Judge