UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD; BUZZFEED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> J. THOMAS MANGER, in his official capacity as Chief, U.S. Capitol Police; MICHAEL BOLTON, in his official capacity as Inspector General of the U.S. Capitol Police, <br><br> Defendants. | Case No. 1:21-cv-00465-BAH |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants, with Plaintiffs' consent, respectfully request a two-week extension of time, up to and including September 30, 2021, to file their motion for summary judgment pursuant to the Court's Minute Order of June 24, 2021. As good cause for this request and for the fact that this request does not comply with the four-day rule set forth in this Court's Standing Order for Civil Cases, *see* ECF No. 4 ¶ 6(d), Defendants offer the following:

1. This action involves a request by Plaintiffs for documents form the U.S. Capitol Police and the U.S. Capitol Police Inspector General pursuant to an asserted common law right of access to public records. Plaintiffs requested six categories of documents from Defendants: Inspector General semiannual reports for 2015 forward; other Inspector General reports, including audits for 2008 forward; annual financial statements and audits of annual financial statements for 2015 forward; semiannual reports of disbursements for 2015 forward; USCP written directives in effect on January 6, 2021; and demonstration permits, denials, or other written memorials of final decisions relating to permits for public gatherings on the Capitol grounds for January 6, 2021.

1

2. After Plaintiffs filed this action, the Court set in its June 24, 2021 Minute Order a briefing schedule for cross-motions for summary judgment. Defendants' current deadline for their motion is September 16, 2021.

3. Since Plaintiffs filed suit, the parties have exchanged information regarding the requested information and Defendants have made discretionary releases of certain requested documents. Through those efforts the parties have to date been able to resolve their disputes with respect to two of the requested categories. Just yesterday (September 13, 2021), Plaintiffs provided a response to Defendants regarding a proposal for further narrowing of the disputed documents that Defendants provided on August 17, 2021. Defendants need additional time beyond the current September 16 motion deadline to evaluate and respond to this proposal. Defendants are also continuing to evaluate other aspects of Plaintiffs' requests consistent with the parties' prior meet and confer efforts. There is the possibility that additional consideration by Defendants and conferral by the parties will result in eliminating or narrowing certain issues for resolution by the Court and thereby streamline the briefing and result in more efficient and expeditious proceedings.

4. In addition, undersigned counsel received word yesterday of an unexpected family health emergency, and counsel may need to travel and provide support to family in the coming days, which would complicate filing under the existing September 16 deadline.

5. Neither party in this case has either requested or received a previous extension of time. This is the first such request.

6. Granting this request will have the effect of shortening the timetables for subsequent summary judgment briefs, and Defendants accordingly request that a commensurate extension of approximately two weeks be afforded to the deadlines in the existing briefing schedule, as follows:

- by September 30, 2021, defendants shall file their motion for summary judgment;

- by October 28, 2021, plaintiffs shall respond to defendants' motion for summary judgment and file any cross-motion for summary judgment;

- by November 29, 2021, defendants shall respond to plaintiffs' cross motion for summary judgment and file any reply in support of defendants' motion for summary judgment; and

- by December 20, 2021, plaintiffs shall file any reply in support of their cross motion for summary judgment.

7.  Undersigned counsel has contacted counsel for Plaintiffs, who indicated that Plaintiffs do not oppose the request and agree to the proposed revised briefing deadlines.

A proposed order is attached.

Dated: September 14, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JOHN R. GRIFFITHS
Director
Federal Programs Branch

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6646

Fax: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Counsel for Defendants*

4