# Exhibit A




**CAPITOL POLICE BOARD**
S-151 The Capitol
WASHINGTON, DC 20510
PHONE (202) 224-2341

**FRANK J. LARKIN,** Chairman
**PAUL D. IRVING,** Member
**STEPHEN T. AYERS, FAIA, LEED AP,** Member
**MATTHEW R. VERDEROSA,** Ex-Officio Member

## CAPITOL POLICE BOARD ORDER 17.16
## OFFICE OF INSPECTOR GENERAL INFORMATION

Sec. 1. Pursuant to the authorities of the Capitol Police Board with regard to its general supervision of the Inspector General for the United States Capitol Police and the establishment of the Office of Inspector General under the provisions of 2 U.S. Code § 1909, and pursuant to the authorities provided under 2 U.S. Code § 1979 regarding the statutory authority of the Capitol Police Board to determine the release of security information, the Capitol Police Board hereby orders and directs the following:

(a) Office of Inspector General information (to include, but not limited to, audit reports, investigations reports, analyses, reviews, evaluations, annual work plans) shall not be posted to internal or external websites or distributed outside the United States Capitol Police or Capitol Police Board;

(b) Due to the fact the Office of Inspector General obtains and secures national security and law enforcement sensitive information, all Office of Inspector General information shall be considered and conspicuously designated as law enforcement sensitive and/or deliberative process material subject to applicable statutory restrictions and privileges.

Sec. 2. The Capitol Police Board orders and directs that no secondary distribution of Office of Inspector General information shall be made without prior authorization of the Capitol Police Board and the Inspector General consistent with applicable law, regulation, and policy.

So Ordered and Approved this 12th Day of December 2017.

Frank J. Larkin
Chairman
Capitol Police Board

Paul D. Irving
Member
Capitol Police Board

Stephen T. Ayers, FAIA, LEED AP
Member
Capitol Police Board