# **Exhibit B**

# BuzzFeed.News

6824 Lexington Blvd., Los Angeles, CA 90038

TO: U.S. Capitol Police Public Information Office, PIO@uscp.gov

Pursuant to the federal common law right of access, I request the records described below. I request that all records be provided to me in electronic format by email, or alternatively on optical media such as a CD or DVD. If I do not receive a decision on whether my request will be granted within 20 business days, I will consider my request to be constructively denied.

The records requested are:

1.      Inspector General semiannual reports

Pursuant to 2 U.S.C. § 1910(a), "The Inspector General shall prepare and submit semiannual reports summarizing the activities of the Office in the same manner, and in accordance with the same deadlines, terms, and conditions, as an Inspector General of an establishment under section 5 (other than subsection (a)(13) thereof) of the Inspector General Act of 1978, (5 U.S.C. App. 5)." I request all such semiannual reports summarizing the activities of the Office of the Inspector General for the period of 2015 forward.

2.      Inspector General reports, including audits

I request all other Office of the Inspector General (OIG) reports, including any audits, for the period 2008 forward.

3.      Annual financial statements and audits of annual financial statements

Pursuant to 2 U.S.C. § 1903(b)(2), "The Chief Administrative Officer shall . . . (D) Prepare annual financial statements for the Capitol Police, and such financial statements shall be audited by the Inspector General of the Capitol Police or by an independent public accountant, as determined by the Inspector General." I request all such annual financial statements and audits for the period of 2015 forward.

4.      Semiannual report of disbursements

Pursuant to 2 U.S.C. § 1910(a), "Not later than 60 days after the last day of each semiannual period, the Chief of the Capitol Police shall submit to Congress, with respect to that period, a detailed, itemized report of the disbursements for the operations of the United States Capitol Police." I request all such semiannual reports of disbursements for the period of 2015 forward.

5.      United States Capitol Police written directives

I request all United States Capitol Police written directives that were in force as of January 6, 2021.

6.      Demonstration permits, denials, or other written memorials of final decisions relating to permits for public gatherings on the Capitol grounds for January 6, 2021

Public gatherings occurred on January 6, 2021 on the Capitol grounds. I request any demonstration permits, denials, or other written memorials of final decisions relating to permits

# BuzzFeed.News

6824 Lexington Blvd., Los Angeles, CA 90038

for public gatherings on the Capitol grounds for January 6, 2021. I note that these public gatherings were not covered by the permit issued by the United States Park Police to Women for America in connection with the "March for Trump," which excluded from its scope "rallies at the United States Capitol to hear the results of Congressional certification of the Electoral College count." *See* U.S. Park Police Permit #21-0278 (Amended).

Thank you.

Jason Leopold

Senior Investigative Reporter

BuzzFeed News

213 270 4334

Jason.Leopold@buzzfeed.com