UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD; BUZZFEED, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>J. THOMAS MANGER, in his official capacity as Chief, U.S. Capitol Police; MICHAEL BOLTON, in his official capacity as Inspector General of the U.S. Capitol Police,<br><br>    Defendants. | Case No. 1:21-cv-00465-BAH |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Summary Judgment and all materials in the record, and good cause appearing, it is hereby

ORDERED that Defendants' motion is granted; and it is further

ORDERED that judgment be entered for Defendants on all Counts of Plaintiffs' First Amended Complaint.

SO ORDERED.

Date: _____

                                                    Hon. Beryl A. Howell
                                                    Chief Judge