UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD; BUZZFEED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> J. THOMAS MANGER, in his official capacity as Chief, U.S. Capitol Police; MICHAEL BOLTON, in his official capacity as Inspector General of the U.S. Capitol Police, <br><br> Defendants. | Case No. 1:21-cv-00465-BAH |

**DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION FOR LEAVE TO LATE FILE**

By Minute Order dated October 22, 2021, the Court ordered Plaintiffs to file by Wednesday, November 10, 2021 a cross-motion for summary judgment and opposition to Defendants' motion for summary judgment. Plaintiffs filed their combined cross-motion and opposition late in the evening (11:59 p.m.) on Friday, November 12, 2021. ECF No. 21. After emailing undersigned counsel for Defendants shortly thereafter, at 12:19 a.m. on Saturday, November 13, Plaintiffs filed their motion for leave to late file nineteen minutes later, at 12:38 a.m. ECF No. 23. Plaintiffs stated in their motion that due to computer problems, they were unable to file their cross-motion and opposition on November 10, and "filed their brief the next business day (November 12, 2021)." *Id.* (November 11, 2021 was Veterans Day, a federal holiday.)

The parties have conferred about Plaintiffs' request over the past couple of days. When asked whether there was a reason they could not have filed on Thursday, November 11, after the computer problems had presumably abated, Plaintiffs stated that November 11 was a holiday.

1

While Defendants are sympathetic to unexpected technical problems, Plaintiffs should have filed their brief as soon as the computer problems were fixed, having missed their deadline, not the next business day (and the very end of that day, at that). Defendants are aware of no reason why Plaintiffs could not have filed their brief on a holiday, given electronic filing. Under the current schedule, however, Defendants' next filing is not due until December 17, 2021. Due to the absence of significant prejudice from Plaintiffs' late filing and as a professional courtesy, Defendants do not oppose Plaintiffs' request that the Court accept Plaintiffs' late-filed cross-motion and opposition.

Dated:  November 16, 2021                Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6646
Fax: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Counsel for Defendants*