# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-5304** **September Term, 2023**

FILED ON: MAY 28, 2024

JASON LEOPOLD,
APPELLANT

v.

J. THOMAS MANGER, CHIEF, UNITED STATES CAPITOL POLICE AND RONALD GREGORY, ACTING INSPECTOR GENERAL OF THE UNITED STATES CAPITOL POLICE,
APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cv-00465)

---

Before: PILLARD, WILKINS and CHILDS, *Circuit Judges*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's dismissal on each claim be affirmed without prejudice, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: May 28, 2024

Opinion for the court filed by Circuit Judge Wilkins.